FILED
JUL 1 8 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 2:07cr143-WHA |
| --- | --- | --- |
| v. | ) | [18 USC 922(g)(1)] |
| JOE KENDRICK HARDY | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 18, 2006, in Montgomery County, within the Middle District of Alabama,

JOE KENDRICK HARDY,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
| --- | --- | --- | --- |
| January 29, 1998 | Circuit Court of Montgomery County, Alabama | CC-1997-1979 | Breaking and Entering Vehicle and Receiving Stolen Property II |
| May 29, 1998 | Circuit Court of Montgomery County, Alabama | CC-1998-350 | Breaking and Entering Vehicle and Theft of Property II |
| January 8, 2003 | Circuit Court of Montgomery County, Alabama | CC-2001-1510 | Receiving Stolen Property I |
| August 21, 2003 | Circuit Court of Montgomery County, Alabama | CC-2003-305 | Possession of Marijuana and Possession of Controlled Substance |

| August 21, 2003 | Circuit Court of Montgomery County, Alabama | CC-2003-503 | Receiving Stolen Property II |

did knowingly possess in and affecting commerce firearm, to-wit: a Smith and Wesson, .40 Caliber pistol, a better description which is otherwise unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*Deputy Marilynn Presley*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney