AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JOE KENDRICK HARDY | |

Case No. 2:07-cr-143-WHA

USM No. 12243-002

Brandon A. Thomas
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  **1-7 of the petition**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of an additional crime | 11/23/2013 |
| 2 | Possession of a controlled substance | 11/23/2013 |
| 3 | Leaving judicial district without permission of probation | 11/23/2013 |
| 4 | Commission of an additional crime | 02/25/2014 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **4211**

Defendant's Year of Birth: **1978**

City and State of Defendant's Residence:
Montgomery, AL

05/18/2016
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton    Senior    U. S. District Judge
Name and Title of Judge

05/18/2016
Date

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page **2** of **3**

DEFENDANT: JOE KENDRICK HARDY
CASE NUMBER: 2:07-cr-143-WHA

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Commission of additional crime | 02/25/2014 |
| 6 | Possession of a controlled substance | 02/25/2014 |
| 7 | Leaving judicial district without permission of probation officer | 02/25/2014 |

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page **3** of **3**

DEFENDANT: JOE KENDRICK HARDY
CASE NUMBER: 2:07-cr-143-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 months, with no term of supervision to follow. It is ORDERED that the term of supervised release imposed on December 6, 2007 is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 24 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL